40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2665. IN RE DISCIPLINE OF FITZGERALD. William P. Fitzgerald, of Sayville, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2666. IN RE DISCIPLINE OF SNYDER. Ronald Russ Snyder, of Jefferson, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2667. IN RE DISCIPLINE OF SHIMER. Robert W. Shimer, of Camp Hill, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2668. IN RE DISCIPLINE OF SINDACO. Joseph P. Sindaco, of Fort Lauderdale, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2669. IN RE DISCIPLINE OF SINKO. Michael David Sinko, of Cherry Hill, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2670. IN RE DISCIPLINE OF WEXLER. Norman Paul Wexler, of Weston, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2671. IN RE DISCIPLINE OF LEONARD. Vann F. Leonard, of Jackson, Miss., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.